UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TOLLBROOK, LLC,**

      Plaintiff,

v.

**CITY OF TROY,**

      Defendant.

Case No. 20-cv-11938
Hon. Linda V. Parker
Magistrate Anthony P. Patti

_____/

| | |
|---|---|
| **CARSON FISCHER, PLC**<br>**ROBERT CARSON (P11682)**<br>**DAVID SCHLACKMAN (P58894)**<br>Attorney for Plaintiff<br>4111 Andover Road, West 2nd floor<br>Bloomfield Hills, MI 48302<br>(248) 644-4840 | **LORI GRIGG BLUHM (P46908)**<br>**JULIE Q. DUFRANE (P59000)**<br>Attorneys for City of Troy<br>500 W. Big Beaver Rd.<br>Troy, MI 48084<br>(248) 524-3320<br>j.dufrane@troymi.gov |

_____/

## **APPEARANCE**

PLEASE BE ADVISED, that I have on this date filed my appearance on behalf of Defendant CITY OF TROY.

Dated: July 17, 2020

      CITY OF TROY
      CITY ATTORNEY'S OFFICE

      s/Julie Quinlan Dufrane
      Lori Grigg Bluhm (P46908)
      Julie Quinlan Dufrane (P59000)
      Attorneys for Troy Defendants
      500 W. Big Beaver Rd.
      Troy, MI 48084
      (248) 524-3320

## Certificate of Service

I hereby certify that on July 17, 2020, I electronically filed the Appearance set forth above using the ECF system which will send notification of such filing to all parties of record using the ECF system.

                                        s/Julie Quinlan Dufrane
                                        Lori Grigg Bluhm (P46908)
                                        Julie Quinlan Dufrane (P59000)
                                        Attorney for City of Troy Defendants
                                        500 W. Big Beaver Rd.
                                        Troy, MI 48084
                                        (248) 524-3388
Dated: July 17, 2020              J.Dufrane@troymi.gov