UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TOLLBROOK, LLC

          Plaintiff(s),                    Case No. 20-11938

v.                                        Honorable Linda V. Parker

CITY OF TROY                   Magistrate Judge Anthony P. Patti

          Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

      This case appears to be a companion case to Case No. 17-11417. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Mark A. Goldsmith and Magistrate Judge _____.

                                              s/Linda V. Parker
                                              Linda V. Parker
                                              United States District Judge

                                              s/Mark A. Goldsmith
                                              Mark A. Goldsmith
                                              United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: CIVIL

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: July 31, 2020                            s/ S Schoenherr
                                              Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Mark A. Goldsmith