UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tollbrook, LLC,

                      Plaintiff(s),

v.                                            Case No. 2:20-cv-11938-MAG-APP
                                              Hon. Mark A. Goldsmith

City of Troy,

                      Defendant(s),

## NOTICE OF REMAND

TO:  OAKLAND COUNTY CIRCUIT COURT

Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Boulevard, 5th Floor
        Detroit, Michigan  48226
        (313) 234-5005

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                KINIKIA D. ESSIX, CLERK OF COURT

                By: s/D. Peruski
                Deputy Clerk

Dated:  March 5, 2021